No. 4,544.—STATE ex rel. MONTANA OIL CO., Relator, v. DISTRICT COURT et al., Respondents.

Original application for writ of supervisory control to the District Court of the Eleventh Judicial District in and for the County of Flathead, and T. A. Thompson, Judge thereof.

Decided January 5, 1920.

PER CURIAM.—The application herein for writ of supervisory control is denied.

*Mr. J. A. Walsh,* for Relator.

---

No. 4,545.—FRANCISKA VESEL, Respondent, v. GEO. BRDAR et al., Appellants.

*Appeal from District Court, Musselshell County.*

Decided January 16, 1920.

PER CURIAM.—Upon motion of respondent herein, and for good cause shown, the appeal in the above-entitled cause is dismissed.

*Messrs. Jeffries & McNaught,* for Appellants.

*Mr. V. D. Dusenbery* and *Mr. W. A. Pennington,* for Respondent.